IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA RODNEY, | CASE NO. CV F 10-2168 LJO MJS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 5.) |
| SHELL OIL COMPANY, | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;
2. VACATES all pending matters, including the January 27, 2011 hearing on defendant's motion to dismiss and the February 24, 2011 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   December 16, 2010**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1